IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

J & J SPORTS PRODUCTIONS, INC.                              PLAINTIFF

    v.                       Case No. 13-6129

JOSE PEREZ d/b/a EL AMIGO
RESTAURANT a/k/a TAQUERIA
EL AMIGO                                                    DEFENDANT

### NOTICE

NOW on this 28th day of April, 2014, there comes on for consideration Plaintiff's Notice of Application and Application for Default Judgment by the Court (doc. 11). The hearing originally scheduled for May 23, 2014, at 3:00 p.m. in Hot Springs in connection with Plaintiff's Application for Default Judgment (doc. 11) is **RESCHEDULED for May 21, 2014 at 3:00 p.m. in Hot Springs**. Defendant is advised that his failure to appear at this hearing may result in the entry of a judgment against him. The U.S. District Clerk is directed to mail a copy of this notice via certified mail to Defendant at the following:

    Jose Perez
    191 Morphew Road
    Hot Springs, AR 71913

    and

    Taqueria El Amigo
    Attn: Jose Perez
    765 Park Avenue
    Hot Springs, AR 71901

                                /s/ Robert T. Dawson
                                **HONORABLE ROBERT T. DAWSON**
                                **UNITED STATES DISTRICT JUDGE**